**No. 10-1333 (R46-004). Sandy Creek Energy Associates, L.P., Petitioner v. Sierra Club, Inc., et al.**

565 U.S. 1102, 132 S. Ct. 872, 181 L. Ed. 2d 569, 2011 U.S. LEXIS 9020.

December 16, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit in

the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 627 F.3d 134.